LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
PACIFIC INTERNATIONAL LINES (PTE), LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO. a/s/o PARAGON TEXTILES, INC. d/b/a SAMIYATEX, | **ECF CASE** |
| Plaintiff, | 10 Civ. 5218 (NRB) |
| -against- | |
| PACIFIC INTERNATIONAL LINES (PTE), LTD., M/V WAN HAI 311 V-W036, her engines, boilers, etc., ON BOARD INTERNATIONAL, INC., XYZ CORP. and JOHN DOES 1-10, | **RULE 7.1 STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant PACIFIC INTERNATIONAL LINES (PTE), LTD., certifies upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the defendant which are otherwise publicly held in the United States.

Dated: October 1, 2010
   New York, New York

        LYONS & FLOOD, LLP
        Attorneys for Defendant
        PACIFIC INTERNATIONAL LINES (PTE), LTD.

  By:                    
        Edward P. Flood
        Michael A. Namikas
        65 West 36th Street, 7th Floor
        New York, New York 10018
        (212) 594-2400

U:\FLOODDOC\2541013\Legal\Rule 7.1.doc